IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2005 APR 18 PM 2:16
OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| -v- | ) Case Number: 4:04CR3156 |
| JOE DELGADO, | ) |
| Defendant. | ) |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion under Seal, filing 43. The Court, being fully advised of the premises, finds that said motion should granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3 (c) and(d), the Clerk shall file defendant's Motion under seal.

DATED this 18th day of April, 2005.

BY THE COURT:

The Honorable David L. Piester
United States Magistrate Judge