PS 8
(Rev. 12/04)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEBRASKA

2005 JUL 13 PM 1:41

OFFICE OF THE CLERK

U.S.A. vs. Joe M. Delgado                                    Docket No. 4:04CR3156

Petition to Modify Conditions of Pretrial Release

COMES NOW Fred A. Samway, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Joe M. Delgado, who was placed under pretrial release supervision by the Honorable David L Piester sitting in the Court at Lincoln, NE, on May 2, 2005, under the following conditions:

*1 (d)    Upon being admitted to its treatment program, the defendant shall reside at WestCare Therapeutic Community Drug Rehabilitation Program, Fresno, California. Defendant shall not leave the facility unless with the permission of an authorized staff member of the treatment facility AND accompanied by either a staff member, a supervising agency officer, or defendant's attorney. The defendant shall not have access to any motor vehicle while at the treatment facility.*

Respectfully presenting petition for action of Court and for cause as follows:

Due to the defendant's health problems, he has been discharged from the WestCare program. The defendant has been referred the outpatient treatment at Turning Point of Central California and has arranged to reside with his mother in Fresno, California.

PRAYING THAT THE COURT WILL ORDER Condition 1 (d) be modified as follows:

1(d)    The defendant shall actively participate in an outpatient treatment program as directed by his supervising officer. He shall reside at a residence as approved by his supervising officer.

C.C. pretrial

ORDER OF COURT

Considered and ordered this 13th day of July, 2005 and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 13, 2005

_____
U.S. Pretrial Services Officer

Place: Lincoln, NE