IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3156-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOE M. DELGADO JR., | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that an initial appearance on the petition for action on conditions of pretrial release (filing 100) is scheduled on Friday, November 18, 2005, at 2:00 p.m., before Judge Kopf in Lincoln, Nebraska.

   November 17, 2005.                    BY THE COURT:

                                         s/ *Richard G. Kopf*
                                         United States District Judge