IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3156 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOE DELGADO, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion to continue date to file objections to presentence report (filing 111) is granted. The defendant's objections are due December 12, 2005.

    December 9, 2005.　　　　　　　　BY THE COURT:

                                               s/ *Richard G. Kopf*
                                               United States District Judge